# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00435-CV

**Kyle Holland, Appellant**

**v.**

**Kristine Scroggie, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-FM-03-000048, HONORABLE ANDREW J. HATHCOCK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Kyle Holland filed a notice of appeal in a suit affecting the parent-child relationship. *See* Tex. Fam. Code §§ 151.001-162.602. According to Holland, he seeks to appeal two interlocutory rulings: (1) the denial of his request for county funds to take depositions; and (2) the denial of his request for a free transcript of certain proceedings in this case.

The appellate jurisdiction of this Court is limited to the review of final judgments and certain interlocutory orders. *See* Tex. Civ. Prac. & Rem. Code §§ 51.012, .014; *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Based on the record before us, it appears that the trial court has not yet rendered a final judgment in this case. Further, none of the rulings that Holland seeks to appeal are subject to interlocutory appeal under Section 51.014. *See* Tex. Civ. Prac. & Rem.

Code § 51.014(a).[1]  Accordingly, we dismiss this appeal for lack of jurisdiction.  *See* Tex. R. App. P. 42.3(a).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Jurisdiction

Filed:   July 22, 2016

---

[1]  The Clerk of this Court notified Holland by letter that this Court may lack jurisdiction to consider his appeal.  Although Holland responded to the letter, he did not provide a legal basis for asserting jurisdiction over his appeal.